# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| PAMELA HONEGGAR, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No.  3:12-CV-413 |
| ) | |
| POWEDER COTE II, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

Come the parties, by and through counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and announce to the Court that each stipulates to the dismissal of the Complaint in this matter with prejudice. Each party agrees to bear its own attorneys' fees and costs associated with this matter, with court costs being paid by the Plaintiff.

Submitted this 19th day of June, 2013.

>  */s/ Kristi M. Davis*
>  KRISTI M. DAVIS (#019487)
>  Attorney for Plaintiff
>  Hodges, Doughty & Carson, PLLC
>  P.O. Box 869
>  Knoxville, TN 37901-0869
>  (865) 292-2307
>  (865) 292-2321 [facsimile]
>  kdavis@hdclaw.com

*/s/ Chris W. McCarty*
CHRIS W. McCARTY (#025551)
JANET STREVEL HAYES (#018028)
Attorneys for Defendant
Lewis, King, Krieg & Waldrop PC
620 Market St 5th Fl
PO Box 2425
Knoxville, TN 37901-2425
(865) 546-4646
(865) 523-6529 [facsimile]
cmccarty@lewisking.com
jhayes@lewisking.com